UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD WESLEY BRYAN,

    Plaintiff,

v.

SHAUNA JOHNSON, et al.,

    Defendants.

CASE NO. 3:23-CV-6042-KKE-DWC

ORDER GRANTING AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

    The District Judge has referred this prisoner civil rights action to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff Richard W. Bryan's motion for an extension of time to file an amended complaint.[1] Dkt. 12. In his motion, Plaintiff represents that he requires an additional thirty days to prepare his amended complaint, in part, because he was not able to review the Court's order identifying the deficiencies in his initial complaint (Dkt. 9) until several days after that order took effect. Dkt. 12, at 1–2. Plaintiff states that this delay has

---

[1] Plaintiff requests, in the alternative, that the District Judge reconsider the undersigned's order declining service and granting leave to file an amended complaint (Dkt. 9). Dkt. 12, at 3. Because the Court grants Plaintiff's primary request for an extension of time to file his amended complaint, there is no need to address this alternative request for relief.

ORDER GRANTING AN EXTENSION OF TIME
TO FILE AN AMENDED COMPLAINT - 1

caused him "undue stress/anxiety" around drafting an amended complaint before the current deadline of January 29, 2024. Dkt. 12, at 2.

For good cause shown, Plaintiff's motion for an extension of time to file an amended complaint is granted. The new deadline for Plaintiff to file an amended complaint is February 28, 2024.

Dated this 23rd day of January, 2024.

David W. Christel
Chief United States Magistrate Judge