UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD WESLEY BRYAN,

           Plaintiff,

   v.

SHAUNA JOHNSON, et al.,

           Defendants.

CASE NO. 3:23-CV-6042-KKE-DWC

ORDER GRANTING SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT

    The District Judge has referred this prisoner civil rights action to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff Richard W. Bryan's second motion for an extension of time to file an amended complaint. Dkt. 14. In his motion, Plaintiff requests an additional thirty days to prepare his amended complaint. He represents he has made a good faith effort to cure the deficiencies identified by the Court but is unable to do so by the current deadline of February 28, 2024.

    For good cause shown, Plaintiff's second motion for an extension of time to file an amended complaint (Dkt. 14) is granted.

ORDER GRANTING SECOND EXTENSION OF
TIME TO FILE AMENDED COMPLAINT - 1

1 | The new deadline for Plaintiff to file an amended complaint is March 28, 2024.

2 | Dated this 23rd day of February, 2024.

*[signature]*

David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING SECOND EXTENSION OF
TIME TO FILE AMENDED COMPLAINT - 2